LDA

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

FLORENCE M. HEBERT

VS. C. A. No. CA 07 452S

UNITED STATES OF AMERICA

**COMPLAINT**

1. Plaintiff is a resident of the Town of Smithfield, State of Rhode Island.

2. Suit is being brought pursuant to the Federal Tort Claims Act, so called, 28 U.S.C § 1346 (b)

3. On or about December 19, 2005 plaintiff was lawfully on the premises of a United States Post Office in the Town of Bellingham, Commonwealth of Massachusetts.

4. As a result of an unreasonable dangerous condition plaintiff fell to the floor.

5. As a further result, plaintiff suffered injury of body and mind, incurred health care expenses, lost earnings and earning capacity and other recoverable damages.

WHEREFORE, plaintiff demands judgment against the defendant in a sum sufficient to give this Court jurisdiction, plus interest and costs.

Plaintiff demands a trial by jury

Plaintiff
By her Attorney,

JAMES A. CURRIER #953
1345 Wesminster Street
Providence, Rhode Island 02909
Tel. (401) 861-2200
Fax (401) 421-2450