# United States District Court

DISTRICT OF
RHODE ISLAND

FLORENCE M. HERBERT

v.

UNITED STATES OF AMERICA

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CA 07 452S

TO: (Name and Address of Defendant)

UNITED STATES ATTORNEY
50 KENNEDY PLAZA, 8th FLOOR
PROVIDENCE, RI 02903

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 12/10/07

BY DEPUTY CLERK

Currier
Chandler + Beals

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12-11-07 |
| NAME OF SERVER (PRINT) EDWIN J Semper | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served AFS Robert Corrente US Attorney For United States of America

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45 | 45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-11-07
*Date*

Edwin J Semper Jr
*Signature of Server*

56 Hunters Run N. Prov RI
*Address of Server*

X [signature]
12/11/07
AUSA, chief Civil Division

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2007 DEC 20 A 10:40
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.