UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FLORENCE M. HEBERT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-452S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

COMES NOW, the United States of America, by and through its undersigned attorneys, and moves that the time for filing Defendant's Answer or other responsive pleading be enlarged up to and including March 10, 2008.

On January 23, 2008, and on January 25, 2008, the undersigned left messages for Plaintiff's counsel to discuss Plaintiff's failure to exhaust her administrative remedies. On January 28, 2008, and January 31, 2008, the undersigned spoke to Plaintiff's counsel regarding the Court's lack of jurisdiction due to the fact that the administrative claim had not been denied and to see if Counsel would agree to a voluntary withdrawal of the Complaint. The undersigned emphasized that a responsive pleading was due on February 8, 2008, and that she would need to know Defendant's position on the issue. Counsel indicated that he would get back to the undersigned by February 4, 2008. As of the date of the filing of this motion, the undersigned has not heard back from Counsel and has left messages for Counsel on February 7 and 8, 2008.

As Defendant's Answer or other responsive pleading is currently due on February 8, 2008, Defendant respectfully requests that the time for filing Defendant's Answer or other

responsive pleading be enlarged up to and including March 10, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2008, I caused a copy of Defendant's Motion for Extension of Time to be filed electronically with the Clerk of the Court using the CM/ECF system. The following participant(s), as identified on the Notice of Electronic Filing, will receive notice electronically:

James A. Currier, Esq.
1345 Westminster Street
Providence, RI 02909

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: ly.nguyen@usdoj.gov