**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FLORENCE M. HEBERT** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 07-452S** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AMENDED DECLARATION OF KIMBERLY A. HERBST**

I, Kimberly A. Herbst, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration is the legal equivalent of a statement under oath and that it will be filed in the United States District Court for the District of Rhode Island.

1. I am a Tort Claim Examiner/Adjudicator with the United States Postal Service, National Tort Center, St. Louis General Office.

2. In that capacity, I have full access to, and regularly utilize, all Postal Service Law Department records that are maintained on each administrative claim submitted for adjudication to the Postal Service pursuant to the provisions of the Federal Tort Claims Act, §§ 1346(b) and 2671 et seq. The records of claims maintained by the Law Department are nationwide; consequently, they include tort claims submitted that occur within the State of Rhode Island.

3. All documents listed below and attached hereto are from Postal Service files relating to the December 19, 2005 accident that is the alleged basis for the above-referenced Complaint and maintained in the ordinary course of Postal Business.

GOVERNMENT EXHIBIT
1

Ex. A. Standard Form ("SF") 95 submitted by Florence Hebert and received by the Postal Service on May 29, 2007.

Ex. B. USPS Response dated June 1, 2007 to Ms. Hebert's SF 95.

Ex. C. SF 95 submitted by Ms. Hebert and received by the Postal Service on November 5, 2007.

Ex. D. Amended SF 95 submitted by Ms. Hebert and received by the Postal Service on November 28, 2007.

4. On May 29, 2007, the Postal Service received a Standard Form 95 ("SF 95"), from Ms. Hebert regarding an injury which allegedly occurred on December 19, 2005. Ex. A. The SF 95 contained no sum certain amount. Ex. A.

5. In a letter dated June 1, 2007, the Postal Service sent a response to Ms. Hebert regarding the SF 95 it received on May 29, 2007. Ex. B.

6. On November 5, 2007, the Postal Service received an SF 95 from Ms. Hebert which included a sum certain of $2,024.00. Ex. C.

7. On November 28, 2007, the Postal Service received an amended SF 95 from Ms. Hebert which included a sum certain of $150,000.00. Ex. D.

8. As of date, the Postal Service has not made a final disposition on Ms. Hebert's SF 95 received on November 28, 2007.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

3/5/08
Dated

Kimberly A. Herbst
Kimberly A. Herbst
Tort Claim Examiner/Adjudicator
USPS, National Tort Center