TORT CLAIMS INVESTIGATIONS

UNITED STATES POSTAL SERVICE

June 1, 2007

MR PAUL P. BAILLARGEON
BAILLARGEON LAW OFFICES
176 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD RI 02896-8236

Ref: Property/Injury Accident
USPS Case # : 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A
Date of Incident : Monday, December 19, 2005
Your Client's Name: Ms. Florence M. Hebert

Dear Mr. Baillargeon:

The Standard Form (SF-95), Claim for Damage, Injury, or Death, received , may not receive full consideration in its present state. In order for a Standard Form -95 to receive proper consideration, you are required to supply all material facts on the form, as they will be the basis for further action on your demand. The instructions that are listed on the reverse of the Claim for Damage, Injury or Death, SF-95, should be read before completing the form.

Upon reviewing the form, and related documents, the following items need to be completed and/or corrected and resubmitted before this Form SF-95 can be accepted as a being valid. This office cannot legally make corrections and/or enter information:

- In support of a claim for personal injury, the Postal Service requires a medical report from the attending physician, as well as doctor bills showing the date of each treatment, the treatment given, and the cost of each treatment. The doctor's report should include the following information:
    - ◊ Name, age and address of patient;
    - ◊ History of condition and date and history of accident as described by the patient;
    - ◊ Result of x-rays and date taken;
    - ◊ Diagnosis, describing character and extent of injury;
    - ◊ Contributing factors, including any pre-existing condition having a bearing on the alleged injury; and
    - ◊ Prognosis, including the length of time of any partial disability and extent of such disability.

GOVERNMENT EXHIBIT B

Mr. Paul P. Baillargeon
Law Offices of Baillargeon Law Offices
176 Eddie Dowling Highway
North Smithfield, RI 02896-8236

- A claim must be for a specific amount. That amount must be shown in the appropriate spaces(s); i.e., **12b and 12d**;
- Claim adjusters or attorneys may not submit the claim or sign the claim form unless a copy of their Power of Attorney is attached thereto; and
- Acceptance of a claim is not an admission of liability on the part of the Government.

Enclosed please find a blank Standard Form 95, which you should complete and resubmit, in its original form, before the U.S. Postal Service can take any action to dispose of this demand. If you should need any further information or assistance, please feel free to contact me.

Sincerely,

PETER K FOLEY
CUSTOMER SRV/TORT CLAIMS REP
74 MAIN STREET
NORTH READING MA 01889-9351
(978) 664-7051 / fax: (978) 664-3574

Enclosures

cc: Accident File
Certified Mail/RRR
Receipt No. 7005 1820 0003 5598 5103.

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

7005 1820 0003 5598 5103

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
JUN 01 2007

Sent To: Paul Baillargeon - Baillargeon Law Office
Street, Apt. No.; or PO Box No. 176 Eddie Dowling Highway
City, State, ZIP+4: N Smithfield RI 02896-8236
PS Form 3800, June 2002 — See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Paul P. Baillargeon
Baillargeon Law Offices
176 Eddie Dowling Highway
N. Smithfield, RI
02896-8236

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X M. Rosemarie ☐ Agent ☐ Addressee

B. Received by (Printed Name): Michelle Rosemary
C. Date of Delivery: 6-4-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 1820 0003 5598 5103

PS Form 3811, February 2004 Domestic Return Receipt 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 A 102595-02-M-1540