**Law Offices of James A. Currier**

**James A. Currier**
Attorney at Law

1345 Westminster Street
Providence, Rhode Island 02909

(401) 861-2200
(401) 421-2450
currlaw@myexcel.com

March 27, 2008

Honorable William E. Smith
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

**Re: FLORENCE E. HEBERT v. UNITED STATES OF AMERICA**
**C.A. No.: 1:07-cv-452**

Dear Honorable Smith:

Attorney James A. Currier has been admitted to Kent County Hospital. The above mentioned case has a pending Motion to Dismiss that needs immediate attention. Unfortunately, Attorney Currier is not able to respond at this time. Please forgive this inconvenience. As soon as he is discharged, I am sure he will prioritize a response to the pending Motion to Dismiss. Thank you.

Very truly yours,

Miriam Medrano

MIRIAM MEDRANO
LEGAL ASSISTANT