UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FLORENCE M. HEBERT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-452S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**DISMISSAL STIPULATION**

______Plaintiff, FLORENCE M. HEBERT and Defendant UNITED STATES OF AMERICA, by and through their undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint against the United States of America, is voluntarily dismissed by plaintiff, without prejudice, and that each party is to bear her or its own fees, costs, and expenses.

/s/ James A. Currier
JAMES A. CURRIER
Attorney for Plaintiff
1345 Westminster Street
Providence, RI 02903
(401) 861-2200

/s/ Ly T. Nguyen
LY T. NGUYEN
Assistant U. S. Attorney
Attorney for Defendant
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000